```
UNITED STATES DISTRICT COURT              ORIGINAL
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                :
UNITED STATES OF AMERICA        :
                                :
        - v. -                  :
                                :
TAHIR ALI KHAN,                 :       S1 07 Cr. 711 (LAP)
    a/k/a "Waheed Khan,"        :
    a/k/a "Ali,"                :
    a/k/a "Haji,"               :
    a/k/a "Shan,"               :
FAYYAZ AHMED,                   :
ARIE BENSHIMON,                 :
    a/k/a "the Jew,"            :
    a/k/a "Jewish Guy,"         :
NAVEED ALI BHINDAR,             :
    a/k/a "Sheikh,"             :
SYED HASSAN,                    :
MUHAMMAD ISHAQ,                 :
    a/k/a "Saqa,"               :
BASHARAT JARRAL,                :
    a/k/a "Alex,"               :
NADEEM KHAN,                    :
GHULAM MEHMOOD,                 :
    a/k/a "Mama,"               :
    a/k/a "Zafar,"              :
SHAHEEN MUKHTAR,                :
    a/k/a "Nick,"               :
QAISER QURESHI,                 :
    a/k/a "Auntie,"             :
FRANKLIN RODRIGUEZ,             :
    a/k/a "Spanish Guy,"        :
    a/k/a "Chancey,"            :
SYED SHAH,                      :
    a/k/a "Charsi,"             :
    a/k/a "Chotu,"              :
    a/k/a "Joji,"               :
OSCAR SANCHEZ,                  :
    a/k/a "Charsi,"             :
    a/k/a "Bank of America,"    :
PRADIPT SHARMA,                 :
    a/k/a "the CitiBank         :
    guy,"                       :
                                :
                Defendant.      :
- - - - - - - - - - - - - - - - x
```

WHEREAS, the above-captioned indictment was returned on

August 13, 2007 and, upon application of the government, ordered to be filed under seal; and

       WHEREAS the Government has requested that the above-captioned indictment be unsealed;

       IT IS HEREBY ORDERED, that, the indictment docketed as S1 07 Cr. 711 be unsealed.


Dated: New York, New York
      August 15, 2007

SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

HON. ANDREW J. PECK
United States Magistrate Judge
Southern District of New York