UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA

                  -v-
TAHIR ALI KHAN, et al

                             Defendants.
-------------------------------------------------------x

                                        NOTICE OF
                                        APPEARANCE ON
                                         BEHALF OF DEFT.
                                        NAVEED ALI BHINDAR

                                        07 CR 711(LAP)

PLEASE TAKE NOTICE that William A. Sandback, Sandback, Birnbaum & Michelen, 200 Old Country Road, Mineola, NY 11501, hereby appears on behalf of defendant NAVEED ALI BHINDAR in the above-captioned action.

Dated: August 29, 2007

                                        *William A. Sandback*
                                        WILLIAM A. SANDBACK (WAS1706)
                                        200 Old Country Road
                                        Suite 2 South
                                        Mineola, NY 11501-4242
                                        (516)248-8000   fax: (516)741-9398