LAW OFFICES OF
## SANDBACK, BIRNBAUM & MICHELEN
*Established 1977*

DONALD H. BIRNBAUM*
WILLIAM A. SANDBACK**
OSCAR MICHELEN°

JOHN J. HALTON

*ALSO DISTRICT OF COLUMBIA BAR
**ALSO FLORIDA BAR
*ALSO NEW JERSEY BAR
†ALSO GEORGIA BAR
††CALIFORNIA & IOWA BARS ONLY
°°°PENNSYLVANIA BAR

TWO PENN PLAZA
NEW YORK, N.Y. 10121
212-517-3200

200 OLD COUNTRY ROAD
MINEOLA, N.Y. 11501-4242
516-248-8000
email@youroncall.com

MARK FONTE**
RAYMOND GAZZO°°
WILLIAM J. MCKENNEY†
A. STEVEN YOUNG
CHANG YUN*
OF COUNSEL

SUSAN J. KUSCHEL
OFFICE MANAGER

FACSIMILE - 516-741-9398

PLEASE RESPOND TO:
☒ MINEOLA
☐ NY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/08

September 8, 2008

Honorable Loretta A. Preska
United States District Court Southern District
United States Courthouse
500 Pearle Street
New York, NY 10007

Re: USA v. Naveed Bhindar
Docket #: 07 CR 711-04 (LAP)

Dear Judge Preska,

The above matter is scheduled for sentencing before you on September 16, 2008.

I will not be able to attend, as I have to assist in the medical care of my mother, who resides in Florida and will be so preoccupied until October 13, 2008.

I have discussed my situation with AUSA Lisa Zornberg and she has no objection to a postponement of said sentencing, with the proviso that the adjournment date not be scheduled for October 30, 2008.

Accordingly I would respectfully request that Mr. Bhindar's sentencing be scheduled for any date that is convenient to the Court after October 13, 2008.

Yours Truly,

William A. Sandback

Cc: AUSA Lisa Zornberg

*Handwritten order:*
Sentencing is adjourned to October 22, 2008 at 10:00 a.m.

SO ORDERED
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
September 11, 2008